UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00324-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  URIEL GAXIOLA-ARMENTA;
3.  RUBEN FAVABALA-ORTEGA; and

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict, the hearing set for Wednesday, October 26, 2011 at 2:00 PM is **RESET** to the same day, **October 26, 2011 at 9:00 AM.**

    Dated:  September 6, 2011.