IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00324-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.      JOE MORENO,

      Defendant.

___

### **AMENDED ORDER**
___

      Defendant's Unopposed Motion to Release Joe Moreno From Custody Pending Sentencing [filed April 16, 2013; docket #275] is **granted** pending a bond hearing before the Court.

      Entered and ordered this 19th day of April, 2013 in Denver, Colorado.

                                              BY THE COURT:

                                              Michael E. Hegarty
                                              United States Magistrate Judge